

**SHARON KELLER**
PRESIDING JUDGE

**LAWRENCE E. MEYERS**
**CHERYL JOHNSON**
**MIKE KEASLER**
**BARBARA P. HERVEY**
**ELSA ALCALA**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**ABEL ACOSTA**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

November 4, 2015

Robert M. Cisneros
Constable Precinct 1
901 Leopard Street, Room 112
Corpus Christi, TX 78401

**Re: IN RE YOLANDA SALDIVAR**
**CCA No.  WR-69,661-04**
**Trial Court Case No.  704424**

Dear Constable Cisneros:

Please serve the enclosed Order to Show Cause on Anne Lorentzen, the District Clerk of Nueces County. The address for Anne Lorentzen is 901 Leopard Street, Room 313 Corpus Christi, TX 78401.  The telephone number is (361) 888-0111.

After the officer's return has been executed, please return it to this office: Court of Criminal Appeals, P. O. Box 12308, Capitol Station, Austin, TX 78711, telephone number (512) 463-1551.

Sincerely,

Abel Acosta, Clerk

Enclosures
Certified Mail 7196 9008 0560 0000 0102

cc:    Anne Lorentzen
       District Clerk Nueces County
       901 Leopard Street, Room 313
       Corpus Christi, TX 78401
       Certified Mail 7196 9008 8560 0000 0119

Yolanda Saldivar
Mountain View Unit #733126
2305 Ransom Rd.
Gatesville, Texas 76528



TO:   The Sheriff of any County or any Constable of any County, Texas Ranger, Texas Highway Patrolman, or any Peace Officer within the State of Texas.

**GREETINGS:**

**YOU ARE HEREBY COMMANDED** that you serve upon the District Clerk of Nueces County, the accompanying **ORDER TO SHOW CAUSE AND TO FILE RESPONSE**, issued from the Court of Criminal Appeals of the State of Texas on November 4, 2015.

**HEREIN FAIL NOT,** but of this writ and notice make due return, under the penalty prescribed by law, with your endorsement showing how you executed the same.

**WITNESS MY HAND** and Seal of the Court of Criminal Appeals of the State of Texas affixed at the City of Austin, Texas, on this the 4th day of November, 2015.

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
STATE OF TEXAS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TX 78711



# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-69,661-04

### IN RE YOLANDA SALDIVAR, Relator

## ORDER TO SHOW CAUSE AND TO FILE RESPONSE
## FROM NUECES COUNTY

*Per curiam.*

### O R D E R

On September 18, 2013, this Court issued an order requiring Respondent, the District Clerk of Nueces County, to respond within thirty days as to whether or not Relator has been advised of the total cost of purchasing the clerk and reporter's records from her trial in cause number 704424 from the 214th District Court, and if not, why not.

On, December 5, 2013, this Court mailed an inquiry to Respondent as to why no response to the order had yet been submitted. On April 13, 2015, a second reminder letter was sent by this Court. To date no response has yet been received from said Respondent, in violation of the Court's Order requiring a response by October 18, 2013.

**NOW, THEREFORE IT IS ORDERED BY THE COURT OF CRIMINAL APPEALS,**

that Respondent shall file an appropriate response and show cause why Respondent should not be held in contempt of this Court for failing to file the response by the date it was due and be punished for failing to do so. Respondent, the District Clerk of Nueces County is ordered to file, with the Clerk of this Court, Respondent's sworn affidavit and, if necessary, affidavits of other persons, on or before December 7, 2015. The affidavits shall state facts that deny or excuse Respondent's contempt, if there are any such facts. Respondent, the District Clerk of Nueces County, shall also file the response required by this Court's abatement order of September 18, 2013, on or before December 7, 2015.

It is further **ORDERED** by this Court that the Clerk of this Court shall issue **NOTICE TO SHOW CAUSE AND TO FILE RESPONSE** commanding Respondent to file said response and to show cause, in the manner and within the time specified in this Order, why Respondent should not be held in contempt of this Court for failing to timely file the required response and be punished for Respondent's failure to do so. A copy of this Order shall accompany the Notice.

**IT IS SO ORDERED ON THIS THE 4th day of November, 2015.**

Filed: November 4, 2015
Do not publish



# THE STATE OF TEXAS
## NOTICE TO SHOW CAUSE AND TO FILE RESPONSE

TO: Anne Lorentzen, District Clerk Nueces County

**GREETINGS:**

WHEREAS, the Court of Criminal Appeals on November 4, 2015, made and entered the order to show cause and to file response. A correct and complete copy of the Order of is attached to this Notice and fully incorporated for all purposes.

NOW, THEREFORE, the District Clerk of Nueces County is hereby commanded to show cause, in the manner and within the period specified in the Order of, why Respondent should not be held in contempt of the Court of Criminal Appeals for failing to timely file the required response. Further, the District Clerk of Nueces County is ordered to file said response as specified in the Order of November 4, 2015.

WITNESS MY HAND and Seal of the Court of Criminal Appeals, at the City of Austin, Texas, on this 4th day of November, 2015.

ABEL ACOSTA, CLERK
COURT OF CRIMINAL APPEALS
STATE OF TEXAS

# OFFICER'S RETURN

## WR-69,661-04

## IN RE YOLANDA SALDIVAR, Relator

Came to hand on this the _____ day of _____, 2015, at _____ o'clock, __.M., and executed at Nueces County, Texas, on the _____ day of _____, 2015, by delivering to the District Clerk of Nueces County, the original **ORDER TO SHOW CAUSE AND TO FILE RESPONSE** which accompanied this writ.

To certify which witness my hand officially.

_____
(Signature)

_____
(Print or type name)

_____
(Title)

of _____ County, Texas